UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK GRADY,<br><br>Defendant. | CASE NO. CR88-0034BHS<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter came before the Court on Defendant's unopposed motion for early termination of supervised release. (Dkt. 525).

The Court considered Defendant's unopposed motion, adopts Mr. Grady's statements in his motion as true and finds good cause to grant it.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's supervised release is terminated, effective September 26, 2011.

DATED this 27th day of September 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1